ACCEPTED
01-15-00681-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 5:34:29 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-15-00681-CV
## IN THE FIRST COURT OF APPEALS
## AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 5:34:29 PM
CHRISTOPHER A. PRINE
Clerk

### CHI TRUC HOANG
### Appellant

### vs.

### TREVOR GILBERT AND JORJA GILBERT
### Appellees

## APPELLANT CHI TRUC HOANG'S
## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

COME NOW Appellant Chi Truc Hoang ("Hoang") and files this Motion for Extension of Time to File Brief and in support thereof show as follows:

### INTRODUCTION

1.      Appellant is Chi Truc Hoang.

2.      There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

### ARGUMENT AND AUTHORITIES

3.      The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4.      Appellant's Brief is currently due on October 23, 2015.

5.      Appellant Hoang requests an additional thirty-three (33) days to file his brief extending the time until November 25, 2015.

6. No extension has been granted to extend the time to file Appellant Hoang's brief.

7. Appellant Hoang needs additional time to file his brief because his lead attorney Mynde S. Eisen ("Eisen" has the following conflicts:

    a. Eisen is lead appellate counsel in Case No. 07-15-00358-CV; *Terry T. Blevins v. Vincent Ali a/k/a James Vincent Houston and Martha Houston* pending in the Seventh Court of Appeals, Amarillo, Texas. Her brief is due in that case on October 29, 2015.

    b. Eisen is set for trial on November 20, 2015 in Adversary No. 15-3128; *Tondi Whitfield vs Harandi Corporation, et al*; pending in the United States Bankruptcy Court for the Southern District of Texas. This case is still has on-going discovery and is set for a mediation on October 23, 2015. If the mediation is not successful, counsel will have to complete numerous depositions and discovery and prepare for trial.

    c. Eisen also has numerous other cases with on-going discovery which have discovery cutoff deadlines in the middle of November and mediation set through the end of November.

8. Eisen is a sole practitioner and requests this extension in order to properly represent her client. Eisen was not trial counsel so she is having to review all of the issues that occurred at the trial in this case.

9. Eisen has emailed Dana LaJune, attorney for Appellants, who has not yet responded to her any of her two emails to see if he opposes this Motion, so she is cannot represent whether he opposes this Motion or not.

WHEREFORE PREMISES CONSIDERED Appellant Chi Truc Hoang's request that this Court grant an extension of time to file his brief until November 25, 2015 and for such other and further relief to which he may be entitled.

Respectfully submitted,

LAW OFFICE OF MYNDE S. EISEN, P.C.

By /s/ Mynde S. Eisen
     Mynde S. Eisen
     State Bar No. 06503950
     P. O. Box 630749
     Houston, Texas 77263
     (713) 266-2955
     (281) 343-1089
     wyndeeisen@sbcglobal.net

     and

     Gary Cerasuolo
     State Bar No. 00789927
     Smith & Cerasuolo, LLP
     7500 San Felipe, Suite 410
     Houston, Texas 77063
     (713) 787-0003
     (713) 782-6785  (fax)
     gary.cerasuolo@sbcglobal.net

ATTORNEYS FOR APPELLANT
CHI TRUC HOANG

-3-

## CERTIFICATE OF CONFERENCE

Appellants counsel has attempted to conferred with Dana LaJune, attorney for Appellees by email, but has had no response to her emails, so no representation can be made as to whether he opposes or doesn't oppose the email.

Mynde S. Eisen

/s/ Mynde S.  Eisen

Mynde S.  Eisen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Response has been served on all parties in interest as listed below by ecf transmission and/or by facsimile and/or by depositing the same in the U.S. mail, certified mail, return receipt requested on this 13th day of October 2015.

Mynde S. Eisen

/s/ Mynde S. Eisen

Dana LeJune
Dana LeJune & Associates
6526 Washington Avenue, Suite 300
Houston, Texas 77007